**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
(State)

Case number (*if known*): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Pyrolyx USA Indiana, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3 6 – 4 8 6 2 3 8 3

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4150 E. Steelton | 4023 Kenneth Pike, #50036 |
| Number        Street | Number        Street |
| | P.O. Box |
| Terra Haute, IN 47805 | Wilmington, DE 19807 |
| City        State        ZIP Code | City        State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Vigo | |
| County | Number        Street |
| | City        State        ZIP Code |

5. **Debtor's website** (URL)    www.pyrolyx.com

Debtor  Pyrolyx USA Indiana, LLC _____     Case number (if known)_____
        Name

---

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    3  2  5  1

---

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor     Pyrolyx USA Indiana, LLC
           _____          Case number (if known) _____
           Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

If more than 2 cases, attach a separate list.

☐ Yes.   District _____   When _____   Case number _____
                                            MM / DD / YYYY

         District _____   When _____   Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

List all cases. If more than 1, attach a separate list.

☐ Yes.   Debtor _____   Relationship _____

         District _____   When _____
                                                            MM / DD / YYYY

         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other   Building & Equipment _____

**Where is the property?** _____
                           Number          Street

                           _____

                           _____   _____
                           City                                State ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency   Hub International Northwest LLC

        Contact name      Scott Briscoe

        Phone             (206) 838-1048

---

**Statistical and administrative information**

Debtor    Pyrolyx USA Indiana, LLC _____    Case number (if known)_____
          Name

13. **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

15. **Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10.28.2020
               MM  / DD / YYYY

✘ _____        Andy F. Stecher
Signature of authorized representative of debtor     Printed name

Title  Chief Financial Officer _____

---

Debtor    Pyrolyx USA Indiana, LLC

Name
_____    Case number (if known)_____

**18. Signature of attorney**    ✗  /s/ Michael Busenkell    Date    10/28/2020

Signature of attorney for debtor    MM   / DD  / YYYY

Michael Busenkell, Esq.

Printed name

Gellert Scali Busenkell & Brown, LLC

Firm name

1201 N. Orange Street,  Suite 300

Number    Street

Wilmington    DE    19801

City    State    ZIP Code

302-425-5812    mbusenkell@gsbblaw.com

Contact phone    Email address

DE 3933

Bar number    State

ACTION BY WRITTEN CONSENT

OF THE SOLE MEMBER

OF PYROLYX USA INDIANA, LLC

_____

October 28, 2020

The undersigned, being the sole member (the "**Member**") of Pyrolyx USA Indiana, LLC, a Delaware limited liability corporation (the "**Company**"), acting by written consent, does hereby consent and agree to the adoption of the resolutions set forth below taking or authorizing the actions specified therein with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of such member of the Company.

WHEREAS, the Member has determined that the Company is unable to meet its obligations as they become due in the usual course of business, and can no longer continue in business profitably;

WHEREAS, various creditors have threatened to prosecute their claims against the Company; and

WHEREAS, the Member has determined that it would be in the best interests of the Company for the Company to file a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**").

NOW THEREFORE, LET IT BE RESOLVED, that the Company file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

RESOLVED FURTHER, that Andy F. Stecher (the "**Authorized Person**"), hereby is, authorized, empowered and directed to execute, deliver and file the voluntary petition of the Company under chapter 7 of title 11 of the United States Code in the name of and on behalf of the Company.

RESOLVED FURTHER, that the Authorized Person is hereby authorized, empowered and directed to execute and deliver any other instrument, certificate, document or other agreement to be delivered in connection with the Amendment in the name and on behalf of the Company, and to take all such actions as the Authorized Person deems necessary or advisable in connection therewith.

RESOLVED FURTHER, that the execution by the Authorized Person of any document authorized by the foregoing resolutions, or any document executed by the Authorized Person in the accomplishment of any action or actions so authorized, is the enforceable and binding act and obligation of the Company.

2

This Action by Written Consent of the Sole Member is to be filed with the minutes of each of the proceedings of the members, and shall have the same force and effect as an action taken at each of a duly convened meeting of the members of the Company.

This Action by Written Consent of the Sole Member may be delivered via facsimile or electronic mail with the intention that it shall have the same force and effect as the original executed counterpart thereof.

[*Remainder of Page Intentionally Blank; Signature Page Follows*]

**IN WITNESS WHEREOF**, the undersigned has duly executed this Action by Written Consent of the Sole Member as of the date first above written.

<u>**Sole Member:**</u>

**PYROLYX USA, INC.**

By: _____  10.28.2020

Its: _____Chief Financial Officer_____

---

**Fill in this information to identify the case and this filing:**

Debtor Name  Pyrolyx USA Indiana, LLC

United States Bankruptcy Court for the: _____ District of  **Delaware**
(State)

Case number (*If known*):  _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __10.28.2020__         ✗ _____
             MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                       Andy F. Stecher
                                       Printed name

                                       Chief Financial Officer
                                       Position or relationship to debtor

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re  **Pyrolyx USA Indiana, LLC**

Case No.

Debtor(s)

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/28/2020
_Date_

*/s/ Michael Busenkell*
**Michael Busenkell (DE 3933)**
*Signature of Attorney*
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**Tel: 302-425-5812  Fax: 302-425-5814**
**mbusenkell@gsbblaw.com**
*Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name ___Pyrolyx USA Indiana, LLC___ _____

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ | $ ___7,562,202___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ | $ ___53,579,729___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... | $ ___61,141,931___

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.............................. | $ ___30,732,103___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ | $ ___48,467___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................... | **+** $ ___19,120,197___

4. **Total liabilities**.............................................................................................................
   Lines 2 + 3a + 3b | $ ___49,900,767___

**Fill in this information to identify the case:**

Debtor name  Pyrolyx USA Indiana, LLC

United States Bankruptcy Court for the: _____  District of  **Delaware**
<u>(State)</u>

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                            $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. UMB Bank | Business Checking | 4  2  6  3 | $           0 |
| 3.2. UMB Bank | Trust Account | 6  5  6  3 | $     2,498,658 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____       $_____
   4.2. _____       $_____

5. **Total of Part 1**                                                         $     2,498,658

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1.                                                                        $
   7.2.                                                                        $

Debtor   _Pyrolyx USA Indiana, LLC_____   Case number *(if known)*_____
Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1                                                                                                              $

8.2.                                                                                                             $

**9. Total of Part 2.** Add lines 7 through 8. Copy the total to line 81.                  $

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➤    $_____
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old:      _____ – _____ = ........➤    $_____
                            face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $_____

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                           % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.       $_____

---

| Debtor | Pyrolyx USA Indiana, LLC | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $_____ |
|---|

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Pyrolyx USA Indiana, LLC
          Name                                                                    Case number (if known)_____

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                           $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $ | | $ |
| 40. **Office fixtures** Office Furnitures and fixtures for control room, laboratory and office | $39,289 | Book value | $39,289 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Laptop computers and work stations | $27,894 | Book value | $27,894 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | $_____ | _____ | $_____ |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | | | |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                          $ 67,183_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Debtor | Pyrolyx USA Indiana, LLC | Case number *(if known)* _____ |
|--------|--------------------------|---------------------|
| | Name | |

---

**Part 8:**  **Machinery, equipment, and vehicles**

---

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Ovens, machinery and equipment to manufacture rCB, steel and oil | $  51,013,888 | Book value | $  51,013,888 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $  51,013,888 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | Pyrolyx USA Indiana, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Bldg at 4150 E. Steelton Drive, Terra Haute, IN 47805 | Owned | $ 5,640,957 | Book value | $ 5,640,957 |
| 55.2 Land improvements-same location above | Owned | $ 1,573,645 | Book value | $ 1,573,645 |
| 55.3 Land | Owned | $ 347,601 | Acquisition cost | $ 347,601 |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 7,562,202

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor   _Pyrolyx USA Indiana, LLC_____   Case number *(if known)*_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____   _____  –  _____  = ➜  $_____
                          Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

NOL for Federal Tax 2016 to 2019

➡️   Tax year  2016 $    43,716
     Tax year  2017 $  714,619
     Tax year  2018 $  534,140        $ 4,337,475
     Tax year  2019 $3,045,000

73. **Interests in insurance policies or annuities**

_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                              $_____

Nature of claim      _____

Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**                                              $_____

_____

Nature of claim      _____

Amount requested     $_____                                 $_____

76. **Trusts, equitable or future interests in property**

_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                                              $_____

_____

78. **Total of Part 11.**                                           $_____

Add lines 71 through 77. Copy the total to line 90                  $ 4,337,475

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**   $ 4,337,475

☑ No

☐ Yes

Debtor    Pyrolyx USA Indiana, LLC
           Name

Case number *(if known)*_____

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,498,658 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 67,183 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 51,013,888 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................➔ | $_____ | $ 7,562,202 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 53,579,729 | + 91b. $ 7,562,202 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................ | | $ 61,141,931 |

**Fill in this information to identify the case:**

Debtor name __Pyrolyx USA Indiana, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
City of Terre Haute, IN  (Muni Bond)

**Creditor's mailing address**
Trustee:  UMB Bank, N.A.
928 Grand Blvd., 12th Flr MS1011201
Kansas City, MO 64106

**Creditor's email address, if known**
Attn: Corp Trust-K. Scott Matthews
KScott.Matthews@umb.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
_UMB Bank, NA_

**Describe debtor's property that is subject to a lien**
Personal property, fixtures or property other
than real property at the facility located in
4150 E. Steelton Avenue, Terra Haute, IN

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 30,732,103
Column B: $ 61,633,529

**2.2**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____
Column B: $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 30,732,103

Debtor   Pyrolyx USA Indiana, LLC
_____   Case number *(if known)*_____
         Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    Pyrolyx USA Indiana, LLC

United States Bankruptcy Court for the: _____ District of **Delaware**
                                                  (State)

Case number
(if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** | Priority creditor's name and mailing address
(multiple - see attached listing)
_____
_____
_____

**Date or dates debt was incurred**
 10/23/2020 _____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Payroll Liabilities _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ 48,466.65    Priority amount: $ 48,466.65

**2.2** | Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $_____    Priority amount: $_____

**2.3** | Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $_____    Priority amount: $_____

Debtor    Pyrolyx USA Indiana, LLC
_____    Case number (if known)_____
          Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

A & M Equipment, Inc.

P.O. Box 624

Seelyville, IN 47878-0624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,357.17

**Basis for the claim:** as invoiced

Date or dates debt was incurred    1/2020 - 6/2020

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**

Airgas USA, LLC

P.O. Box 734672

Dallas, TX 75373-4672

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 115,697.85

**Basis for the claim:** as invoiced

Date or dates debt was incurred    5/2020 - 8/2020

Last 4 digits of account number    1  0  1  0

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**

Airgas USA, LLC

P.O. Box 734672

Dallas, TX 75373-4672

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 751.06

**Basis for the claim:** as invoiced

Date or dates debt was incurred    3/2020 - 7/2020

Last 4 digits of account number    8  1  9  6

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**

Allgaier Process Technology, Inc.

9780 Windisch Road

West Chester, OH 45069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,537.07

**Basis for the claim:** as invoiced

Date or dates debt was incurred    03/10/2020

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**

Aramark Uniform & Career Apparel Group, Inc.

115 North First Street

Burbank, CA 91502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,326.78

**Basis for the claim:** as invoiced

Date or dates debt was incurred    08/21/2020

Last 4 digits of account number    8  5  0  3

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

Atlas Copco Compressors LLC

2501 Landmeier Road

Elk Grove Village, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,387.80

**Basis for the claim:** as invoiced

Date or dates debt was incurred    3/2020 - 4/2020

Last 4 digits of account number    3  6  0  0

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Pyrolyx USA Indiana, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Barnes & Thornburg LLP

11 South Meridian Street
Indianapolis, IN 46204-3535

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** as invoiced

$ 2,921.00

Date or dates debt was incurred    08/06/2020
Last 4 digits of account number    2  1  1  1

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

C & K  Industrial Services, Inc.

5617 Schaaf Road
Cleveland, OH 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

$ 13,134.50

Date or dates debt was incurred    3/2020 - 4/2020
Last 4 digits of account number    0  0  6  0

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

C.P. Environmental, LLC

4901 W. 115th Street
Alsip, IL 60803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

$ 1,100.00

Date or dates debt was incurred    04/22/2020
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

Catalytic Combustion Corporation

311 Riggs Street
Bloomer, WI 54724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

$ 216.80

Date or dates debt was incurred    4/2020 - 8/2020
Last 4 digits of account number    1  8  2  4

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

Center for Occupational Health

4001 E. Wabash Avenue, Suite A
Terre Haute, IN 47803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

$ 8,970.00

Date or dates debt was incurred    2/2020 - 4/2020
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Pyrolyx USA Indiana, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.12** | **Nonpriority creditor's name and mailing address**

Cintas Corporation

P.O. Box 631025

Cincinnati, OH 45263-1025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** as invoiced

$ 201.16

Date or dates debt was incurred       6/2020 - 8/2020
Last 4 digits of account number       8   2   5   9

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

City of Terre Haute

P.O. Box 21043

Tulsa, OK 74121-1043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

$    91.28

Date or dates debt was incurred       09/23/2020
Last 4 digits of account number       0   8   9   7

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

Coldwell & Co., Inc.

1227 Mulberry Street

Terre Haute, IN 47801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

$ 6,760.95

Date or dates debt was incurred       3/2020 - 5/2020
Last 4 digits of account number       3   3   3   1

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

Crossroads Door & Hardware Inc.

1301 Eagle Street

Terre Haute, IN 47807

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

$ 5,101.00

Date or dates debt was incurred       02/27/2020
Last 4 digits of account number       __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

Crown Packaging Corporation

17854 Chesterfield Airport Road

Chesterfield, MO 63005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

$ 37,823.70

Date or dates debt was incurred       3/2020 - 3/2020
Last 4 digits of account number       7   0   0   4

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Pyrolyx USA Indiana, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | Nonpriority creditor's name and mailing address

Design Group Facility Solutions, Inc.

5 Chenell Drive, Suite 3

Concord, NH 03301

Date or dates debt was incurred    1/2020 - 4/2020

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** as invoiced

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 85,499.06

---

**3.18** | Nonpriority creditor's name and mailing address

Dicen Consulting & Associates, LLC dba Air Dynamics Testing

698 Tower Rd, Suite 100

Plainfield, IN 46168

Date or dates debt was incurred    3/2020 - 3/2020

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** as invoiced

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 52,195.00

---

**3.19** | Nonpriority creditor's name and mailing address

Direct Energy Marketing Inc.

12 Greenway Plaza, Suite 250

Houston, TX 77046

Date or dates debt was incurred    5/2020 - 8/2020

Last 4 digits of account number    7  4  4  1

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** as invoiced

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 21,659.04

---

**3.20** | Nonpriority creditor's name and mailing address

Duke Energy

P.O. Box 1326

Charlotte, NC 28201-1326

Date or dates debt was incurred    5/2020 - 8/2020

Last 4 digits of account number    0  0  1  5

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** as invoiced

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 29,945.25

---

**3.21** | Nonpriority creditor's name and mailing address

E-Environmental Solutions, LLC

350 W. Margaret Avenue

Terre Haute, IN 47802

Date or dates debt was incurred    06/29/2020

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** as invoiced

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 7,498.20

---

Debtor    Pyrolyx USA Indiana, LLC
<br>Name

Case number *(if known)*_____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.22** Nonpriority creditor's name and mailing address

E3 Consulting Services, LLC

3333 S. Bannock Street, Suite 500

Englewood, CO 80110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: as invoiced

Date or dates debt was incurred   1/2020 - 6/2020

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 24,319.98

---

**3.23** Nonpriority creditor's name and mailing address

Endress + Hauser Inc

2350 Endress Place

Greenwood, IN 46143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: as invoiced

Date or dates debt was incurred   03/23/2020

Last 4 digits of account number   3 5 8 3

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,100.74

---

**3.24** Nonpriority creditor's name and mailing address

Enpro, Inc.

121 South Lombard Road

Addison, IL 60101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: as invoiced

Date or dates debt was incurred   2/2020 - 6/2020

Last 4 digits of account number   2 0 2 6

Is the claim subject to offset?
☒ No
☐ Yes

$ 32,088.23

---

**3.25** Nonpriority creditor's name and mailing address

ERC Midwest

1400 N. 113th Street

Milwaukee, WI 53226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: as invoiced

Date or dates debt was incurred   03/23/2020

Last 4 digits of account number   2 0 7 8

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,891.77

---

**3.26** Nonpriority creditor's name and mailing address

Frontier Communications

P.O. Box 740407

Cincinnati, OH 45274-0407

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: as invoiced

Date or dates debt was incurred   08/18/2020

Last 4 digits of account number   8 1 8 5

Is the claim subject to offset?
☒ No
☐ Yes

$ 419.87

---

Debtor    Pyrolyx USA Indiana, LLC _____    Case number _(if known)_ _____
               Name

---

**Part 2:     Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** | Nonpriority creditor's name and mailing address

General Carbon Corporation

33 Paterson Street

Paterson, NJ 07501

**Date or dates debt was incurred**    4/2020 - 4/2020

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,531.59

---

**3.28** | Nonpriority creditor's name and mailing address

George E. Booth Co., Inc.

8202 West 10th Street

Indianapolis, IN 46214-2432

**Date or dates debt was incurred**    1/2020 - 3/2020

**Last 4 digits of account number**    8  5  5  1

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 132,719.79

---

**3.29** | Nonpriority creditor's name and mailing address

Gribbins Insulation

1400 E. Columbia Street

Evansville, IN 47711

**Date or dates debt was incurred**    3/2020 - 4/2020

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 104,924.12

---

**3.30** | Nonpriority creditor's name and mailing address

GTS, Inc.

P.O. Box 799

Shalimar, FL 32579

**Date or dates debt was incurred**    02/05/2020

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,286.26

---

**3.31** | Nonpriority creditor's name and mailing address

Heritage Crystal-Clean, LLC

2175 Point Boulevard, Suite 375

Elgin, IL 60123

**Date or dates debt was incurred**    10/06/2020

**Last 4 digits of account number**    1  4  8  9

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 223.52

---

Debtor    Pyrolyx USA Indiana, LLC
_____    Case number _(if known)_____
Name

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.32** | **Nonpriority creditor's name and mailing address**

Honey Creek Machine, Inc.

1537 W. Harlan Drive

Terre Haute, IN 47802

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** as invoiced

Date or dates debt was incurred    02/20/2020
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1,433.91

---

**3.33** | **Nonpriority creditor's name and mailing address**

Hosokawa Micron International Inc.

10 Chatham Road

Summit, NJ 07901

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** as invoiced

Date or dates debt was incurred    2/2020 - 3/2020
Last 4 digits of account number    R  4  0  0

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 22,239.22

---

**3.34** | **Nonpriority creditor's name and mailing address**

Hub International Northwest, LLC

P.O. Box 3018

Bothell, WA 98041

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** as invoiced

Date or dates debt was incurred    09/22/2020
Last 4 digits of account number    5  9  0  1

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 20,964.00

---

**3.35** | **Nonpriority creditor's name and mailing address**

JDM Industrial Inc.

11907 North Garden Street

Houston, TX 77071

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** as invoiced

Date or dates debt was incurred    6/2020 - 8/2020
Last 4 digits of account number    0  3  0  2

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 45,000.00

---

**3.36** | **Nonpriority creditor's name and mailing address**

Joink, LLC

P.O. Box 3529

Terre Haute, IN 47803

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** as invoiced

Date or dates debt was incurred    08/17/2020
Last 4 digits of account number    5  1  6  7

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 879.00

---

| Debtor | Pyrolyx USA Indiana, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37** | **Nonpriority creditor's name and mailing address**

Kellogg Brown & Root LLC

601 Jefferson Street

Houston, TX 77002

**Date or dates debt was incurred**   2/2020 - 3/2020

**Last 4 digits of account number**   7  2  8  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,016.89

---

**3.38** | **Nonpriority creditor's name and mailing address**

Kirby Risk

1815 Sagamore Parkway

Lafayette, IN 47904

**Date or dates debt was incurred**   3/2020 - 4/2020

**Last 4 digits of account number**   1  2  7  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,198.51

---

**3.39** | **Nonpriority creditor's name and mailing address**

Koenig Scale Company, Inc.

4779 East Margaret Drive

Terre Haute, IN 47803

**Date or dates debt was incurred**   2/2020 - 5/2020

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 7,831.93

---

**3.40** | **Nonpriority creditor's name and mailing address**

Koorsen Fire & Security, Inc.

2719 N. Arlington Avenue

Indianapolis, IN 46218-3322

**Date or dates debt was incurred**   2/2020 - 5/2020

**Last 4 digits of account number**   4  1  5  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,954.92

---

**3.41** | **Nonpriority creditor's name and mailing address**

EarthCon Consultants, Inc.

1880 West Oak Parkway, Building 100, Suite 106

Marietta, GA 30062

**Date or dates debt was incurred**   10/06/2020

**Last 4 digits of account number**   0  1  8  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,749.41

---

| Debtor | Pyrolyx USA Indiana, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

### 3.42 Nonpriority creditor's name and mailing address

FedEx

P.O. Box 94515

Palatine, IL 60094-4515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** as invoiced

| Date or dates debt was incurred | 09/28/2020 |
|---|---|
| Last 4 digits of account number | 2 0 3 1 |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 259.71

---

### 3.43 Nonpriority creditor's name and mailing address

MacAllister Machinery Co., Inc.

6300 Southeastern Avenue

Indianapolis, IN 46203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

| Date or dates debt was incurred | 4/2020 - 8/2020 |
|---|---|
| Last 4 digits of account number | 8 9 2 1 |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,387.52

---

### 3.44 Nonpriority creditor's name and mailing address

MaxGrip Americas Inc.

520 Post Oak Blvd., Suite 850

Houston, TX 77027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

| Date or dates debt was incurred | 02/26/2020 |
|---|---|
| Last 4 digits of account number | 0 1 3 6 |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,905.88

---

### 3.45 Nonpriority creditor's name and mailing address

McGuire Excavating & Trucking, Inc.

3800 N. Fruitridge Avenue

Terre Haute, IN 47804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

| Date or dates debt was incurred | 05/28/2020 |
|---|---|
| Last 4 digits of account number | O L Y X |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,730.00

---

### 3.46 Nonpriority creditor's name and mailing address

Misco Crane Service

P.O. Box 9505

Terre Haute, IN 47808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

| Date or dates debt was incurred | 3/2020 - 6/2020 |
|---|---|
| Last 4 digits of account number | R O 0 1 |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,420.50

---

| Debtor | Pyrolyx USA Indiana, LLC | Case number (if known) |
|--------|--------------------------|------------------------|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** | **Nonpriority creditor's name and mailing address**

Misco Enterprises, Inc.

P.O. Box 9505

Terre Haute, IN 47808-9505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** as invoiced

Date or dates debt was incurred    05/06/2020

Last 4 digits of account number    R  0  0  1

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 84,829.01

---

**3.48** | **Nonpriority creditor's name and mailing address**

Misco Steel Erectors, Inc.

403 US-40

West Terre Haute, IN 47885

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

Date or dates debt was incurred    03/09/2020

Last 4 digits of account number    R  0  0  1

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56,358.13

---

**3.49** | **Nonpriority creditor's name and mailing address**

Indiana American Water

P.O. Box 6029

Carol Stream, IL 60197-6029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

Date or dates debt was incurred    09/21/2020

Last 4 digits of account number    6  0  6  0

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 258.30

---

**3.50** | **Nonpriority creditor's name and mailing address**

Neff Group Distributors, Inc.

Department 6081

Carol Stream, IL 60122-6081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

Date or dates debt was incurred    03/12/2020

Last 4 digits of account number    7  0  9  5

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,512.63

---

**3.51** | **Nonpriority creditor's name and mailing address**

OGB Engineering

Stobbenkamp 78, Ootmarsum

Netherlands NL7631CR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

Date or dates debt was incurred    3/2020 - 4/2020

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,445.00

---

| Debtor | Pyrolyx USA Indiana, LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.52** Nonpriority creditor's name and mailing address

GreatAmerica Financial Services

P.O. Box 660831

Dallas, TX 75266-0831

Date or dates debt was incurred     09/21/2020
Last 4 digits of account number     7  0  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  as invoiced

Is the claim subject to offset?
☒ No
☐ Yes

$   259.17

---

**3.53** Nonpriority creditor's name and mailing address

Overhead Door Company Of Terre Haute, Inc.

533 N. 15th Street

Terre Haute, IN 47807

Date or dates debt was incurred     05/21/2020
Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  as invoiced

Is the claim subject to offset?
☒ No
☐ Yes

$ 19,527.00

---

**3.54** Nonpriority creditor's name and mailing address

Oxford Global Resources, LLC

P.O. Box 3256

Boston, MA 02241-3256

Date or dates debt was incurred     2/2020 - 5/2020
Last 4 digits of account number     2  5  9  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  as invoiced

Is the claim subject to offset?
☒ No
☐ Yes

$ 50,723.17

---

**3.55** Nonpriority creditor's name and mailing address

PDF Supply LLC

2109 W. US Hwy 40

Brazil, IN 47834

Date or dates debt was incurred     1/2020 - 3/2020
Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  as invoiced

Is the claim subject to offset?
☒ No
☐ Yes

$  6,002.88

---

**3.56** Nonpriority creditor's name and mailing address

ACE Products & Consulting, LLC

6800 N. Chesnut St., Suite C

Ravenna, OH 44266

Date or dates debt was incurred     09/16/2020
Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  as invoiced

Is the claim subject to offset?
☒ No
☐ Yes

$  1,822.50

---

| Debtor | Pyrolyx USA Indiana, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Precision Cleaning Services & Building Maintenance LLC

1722 Lafayette Avenue

Terre Haute, IN 47804

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  as invoiced

Date or dates debt was incurred    4/2020 - 8/2020

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$  743.75

---

**3.58** Nonpriority creditor's name and mailing address

Scaffold King Rentals, Inc.

302 S. Jefferson Street

Rockville, IN 47872

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  as invoiced

Date or dates debt was incurred    10/07/2020

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$  146.59

---

**3.59** Nonpriority creditor's name and mailing address

Preferred Construction, Inc.

4130 East Steelton Avenue

Terre Haute, IN 47805

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  as invoiced

Date or dates debt was incurred    06/04/2020

Last 4 digits of account number    O  L  E  X

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$  450.00

---

**3.60** Nonpriority creditor's name and mailing address

Project Associates, Inc.

333-D North Plaza East Blvd.

Evansville, IN 47715

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  as invoiced

Date or dates debt was incurred    04/23/2020

Last 4 digits of account number    0  4  1  2

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$  4,089.00

---

**3.61** Nonpriority creditor's name and mailing address

Protego (USA), Inc.

9561 Palmetto Commerce Parkway

Ladson, SC 29456

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  as invoiced

Date or dates debt was incurred    3/2020 - 4/2020

Last 4 digits of account number    7  3  4  8

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$  10,177.06

---

Debtor   Pyrolyx USA Indiana, LLC
_____
         Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.62** **Nonpriority creditor's name and mailing address**

Pinnacle Sales

530 Industrial Drive

Naperville, IL 60563

Date or dates debt was incurred    06/25/2020

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$   641.71

---

**3.63** **Nonpriority creditor's name and mailing address**

Pyrolyx Indiana Rail, LLC

4150 E. Steelton Avenue

Terre Haute, IN 47805

Date or dates debt was incurred    09/30/2020

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,000.00

---

**3.64** **Nonpriority creditor's name and mailing address**

R+B Steuerungselektronic GmbH

Elterleiner Straße 17E

Scheibenberg, Saxony, Germany

Date or dates debt was incurred    04/16/2020

Last 4 digits of account number    0  1  7  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,372.22

---

**3.65** **Nonpriority creditor's name and mailing address**

REMBE Inc.

3809 Beam Road, Suite K

Charlotte, NC 28217

Date or dates debt was incurred    11/25/2019

Last 4 digits of account number    0  4  1  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,332.00

---

**3.66** **Nonpriority creditor's name and mailing address**

Rosemount Inc.

8200 Market Blvd.

Chanhassen, MN 55317

Date or dates debt was incurred    04/22/2020

Last 4 digits of account number    1  6  8  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,790.80

---

| Debtor | Pyrolyx USA Indiana, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

Sentry Safety Services, Inc.

558 W. National Avenue

West Terre Haute, IN 47885

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  as invoiced

$ 64,263.00

Date or dates debt was incurred    7/2020 - 8/2020

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

SLY LLC

8300 Dow Circle, Suite 600

Strongsville OH 44136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

$ 3,435.60

Date or dates debt was incurred    03/26/2020

Last 4 digits of account number    4  9  5  9

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

Spiro B.V.

Compagniestraat 14, Emmen

Holland, Netherlands 7826 TB

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

$ 16,352.97

Date or dates debt was incurred    04/22/2020

Last 4 digits of account number    0  1  0  3

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

Strode Construction LLC

1425 E. Pugh Drive

Terre Haute, IN 47802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

$ 104,877.61

Date or dates debt was incurred    12/2019 - 1/2020

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

Summerlot Engineered Products, Inc.

11655 N. U.S. 41

Rosedale, IN 47874

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  as invoiced

$ 9,692.00

Date or dates debt was incurred    5/2020 - 5/2020

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor     Pyrolyx USA Indiana, LLC
_____     Case number _(if known)_____
           Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** | **Nonpriority creditor's name and mailing address**

Sycamore Engineering, Inc.

1010 Chestnut Street

Terre Haute, IN 47807

Date or dates debt was incurred    1/2020 - 6/2020

Last 4 digits of account number    O  L  Y  X

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** as invoiced

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 503,237.62

---

**3.73** | **Nonpriority creditor's name and mailing address**

Taylor Courier Services LLC

3851 1st Parkway

Terre Haute, IN 47804

Date or dates debt was incurred    5/2020 - 7/2020

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** as invoiced

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 6,200.00

---

**3.74** | **Nonpriority creditor's name and mailing address**

Terre Haute Chamber of Commerce

630 Wabash Avenue, Suite 105

Terre Haute, IN 47807

Date or dates debt was incurred    06/04/2020

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** as invoiced

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 630.00

---

**3.75** | **Nonpriority creditor's name and mailing address**

The Richmond Group USA

1700 Bayberry Court, Suite 301

Richmond, VA 23226

Date or dates debt was incurred    04/27/2020

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** as invoiced

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 33,000.00

---

**3.76** | **Nonpriority creditor's name and mailing address**

UMB Bank, N.A.

P.O. Box 414589

Kansas City, MO 64141-4589

Date or dates debt was incurred    05/11/2020

Last 4 digits of account number    7  7  3  1

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** as invoiced

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 7,090.00

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Pyrolyx USA Indiana, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address

UWT Level Controls, LLC

4445 Malone Road
Memphis, TN 38118

Date or dates debt was incurred    05/20/2020

Last 4 digits of account number    0 7 8 7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  as invoiced

Is the claim subject to offset?
☒ No
☐ Yes

$  1,229.20

---

**3.78** Nonpriority creditor's name and mailing address

Valdes Engineering Company

100 W. 22nd Street, Suite 185
Lombard, IL 60148

Date or dates debt was incurred    3/2020 - 5/2020

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  as invoiced

Is the claim subject to offset?
☒ No
☐ Yes

$  293,841.67

---

**3.79** Nonpriority creditor's name and mailing address

Vectren Energy Delivery

P.O. Box 1423
Houston, TX 77251-1423

Date or dates debt was incurred    7/2020 - 8/2020

Last 4 digits of account number    9 0 9 2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  as invoiced

Is the claim subject to offset?
☒ No
☐ Yes

$  1,100.00

---

**3.80** Nonpriority creditor's name and mailing address

Vigo County Treasurer

191 Oak Street
Terre Haute, IN 47807

Date or dates debt was incurred    04/10/2020

Last 4 digits of account number    8 1 7 9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  as invoiced

Is the claim subject to offset?
☒ No
☐ Yes

$  41,854.10

---

**3.81** Nonpriority creditor's name and mailing address

Vigo County Treasurer

191 Oak Street
Terre Haute, IN 47807

Date or dates debt was incurred    04/10/2020

Last 4 digits of account number    0 0 1 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  as invoiced

Is the claim subject to offset?
☒ No
☐ Yes

$  9,570.31

---

| Debtor | Pyrolyx USA Indiana, LLC | Case number (if known) |
|--------|--------------------------|------------------------|
| | Name | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** **Nonpriority creditor's name and mailing address**

Vigo Machine Shop Inc.

3920 Locust Street

Terre Haute, IN 47803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** as invoiced

$ 22,596.00

Date or dates debt was incurred    2/2020 - 4/2020

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**

W.T. Bryan & Associates, Inc.

11275 Sebring Drive

Cincinnati, OH 45240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

$ 26,750.00

Date or dates debt was incurred    03/13/2020

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**

Wesco Distribution, Inc.

225 West Station Square Drive, Suite 700

Pittsburgh, PA 15219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

$ 4,014.86

Date or dates debt was incurred    4/2020 - 8/2020

Last 4 digits of account number    3  7  0  9

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**

Wiese USA Inc.

1435 Woodson Road

St. Louis, MO 63132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

$ 8,319.25

Date or dates debt was incurred    04/22/2020

Last 4 digits of account number    1  4  8  5

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**

Williams Scotsman, Inc.

901 S. Bond Street, Suite 600

Baltimore, MD 21231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** as invoiced

$ 26,251.36

Date or dates debt was incurred    6/2020 - 8/2020

Last 4 digits of account number    5  5  8  0

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Pyrolyx USA Indiana, LLC
_____    Case number *(if known)* _____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

Woodfield Systems USA Inc.

200 Business Park Blvd.

Columbia, SC 29203

Date or dates debt was incurred    06/19/2020

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  as invoiced

Is the claim subject to offset?
☒ No
☐ Yes

$  13,166.96

---

**3.88** | **Nonpriority creditor's name and mailing address**

Zeppelin Systems USA

13330 Byrd Drive

Odessa, FL 33556-5312

Date or dates debt was incurred    12/2018 - 4/2020

Last 4 digits of account number    0   1   1   5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  as invoiced

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,970,333.78

---

**3.89** | **Nonpriority creditor's name and mailing address**

Pyrolyx USA, Inc.

4023 Kennett Pike #50036

Wilmington, DE 19807

Date or dates debt was incurred    8/2017 - 7/2020

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  intercompany services

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,681,931.82

---

**3.___** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

| Debtor | Pyrolyx USA Indiana, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Faegre Drinker Biddle & Reath LLP <br> 600 E. 96th Street, Suite 600 <br> Indianapolis, IN 46240 | Line  3.28 <br> ☐ Not listed. Explain _____ | 8  5  5  1 |
| 4.2. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Pyrolyx USA Indiana, LLC
          _____      Case number (if known) _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 48,466.65 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 19,071,730.50 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 19,120,197.15 |

**INC-Form 206E-F - Part 2 - Priority Creditors Listing (as of 2020-10-28)**

| Index | SS # | Last 4 | Priority Creditor - Employee Name | Priority Creditor - Mailing Address | Accrued Payroll | Accrued PTO Pay | Bonus / Other Pay | Total Claim | Date Debt Incurred |
|---|---|---|---|---|---|---|---|---|---|
| 2.1 | (on file) | 0057 | Cooper, Steve | 4122 E Head Ave., Rosedale, IN 47874 | 0.00 | 526.15 | 0.00 | 526.15 | 10/23/2020 |
| 2.2 | (on file) | 7853 | Crowder, Michael | 121 W Co Rd 1300 N, Brazil, IN 47834 | 0.00 | 1,816.45 | 1,016.58 | 2,833.03 | 10/23/2020 |
| 2.3 | (on file) | 3272 | Estep, Mitchell | 2124 Putnam, Terre Haute, IN 47803 | 0.00 | 2,795.98 | 0.00 | 2,795.98 | 10/23/2020 |
| 2.4 | (on file) | 3260 | Frye, Randy | 4452 N 17th St., Terre Haute, IN 47805 | 0.00 | 461.54 | 0.00 | 461.54 | 10/23/2020 |
| 2.5 | (on file) | 1986 | Gibson, Shane | 741 Dobbs Glen, Terre Haute, IN 47803 | 0.00 | 972.18 | 0.00 | 972.18 | 10/23/2020 |
| 2.6 | (on file) | 6439 | Harper, Patricia | 2804 Farrington St., Terre Haute, IN 47803 | 0.00 | 315.24 | 0.00 | 315.24 | 10/23/2020 |
| 2.7 | (on file) | 9601 | Hayes, Stephen | 11349 S Singhurst St., Terre Haute, IN 47802 | 0.00 | 124.76 | 0.00 | 124.76 | 10/23/2020 |
| 2.8 | (on file) | 1064 | Holler, Kerry | 4100 S 900 West, Rosedale, IN 47874 | 0.00 | 1,703.45 | 0.00 | 1,703.45 | 10/23/2020 |
| 2.9 | (on file) | 0781 | James, Todd | 102 Gardendale Road, Terre Haute, IN 47803 | 0.00 | 901.93 | 0.00 | 901.93 | 10/23/2020 |
| 2.10 | (on file) | 7195 | Kizer, Jerod | PO BOX 122, 124 Chestnut St., Dana, IN 47847 | 0.00 | 10,153.42 | 1,607.15 | 11,760.57 | 10/23/2020 |
| 2.11 | (on file) | 0758 | Klecan, Jeffery | 20119 North 2000 St., Marshall, IL 62441 | 0.00 | 1,422.26 | 0.00 | 1,422.26 | 10/23/2020 |
| 2.12 | (on file) | 8941 | Klitzing, Korenna | 7314 S US Hwy 41, Rosedale, IN 47874 | 0.00 | 510.00 | 0.00 | 510.00 | 10/23/2020 |
| 2.13 | (on file) | 0364 | Loveall, Daniel | 504 Walnut St., Farmersburg, IN 47850 | 0.00 | 360.01 | 0.00 | 360.01 | 10/23/2020 |
| 2.14 | (on file) | 8018 | McCoy, Jeffrey | 3432 E Broadlands Ave, Terre Haute, IN 47805 | 0.00 | 2,151.67 | 0.00 | 2,151.67 | 10/23/2020 |
| 2.15 | (on file) | 0136 | McGinness, Rowena | 8223 N County Rd 200 E, Brazil, IN 47834 | 0.00 | 1,058.14 | 0.00 | 1,058.14 | 10/23/2020 |
| 2.16 | (on file) | 8601 | Ogden, Al | 8768 Falcon Trace Dr S, Jacksonville, FL 32222 | 1,565.93 | 10,118.69 | 0.00 | 11,684.62 | 10/23/2020 |
| 2.17 | (on file) | 0453 | Parker, Jason | 25 E Rodighiero Ave., Terre Haute, IN 47805 | 0.00 | 288.15 | 619.37 | 907.52 | 10/23/2020 |
| 2.18 | (on file) | 2573 | Pendowski, Robert | 48448 Apple Lane, Mattawan, MI 49071 | 0.00 | 707.19 | 0.00 | 707.19 | 10/23/2020 |
| 2.19 | (on file) | 0180 | Rennier, Ryan | P.O. Box 17, Prairie Creek, IN 47869 | 0.00 | 169.64 | 0.00 | 169.64 | 10/23/2020 |
| 2.20 | (on file) | 7808 | Ridge, Laura | 206 S 6th St #831, Farmersburg, IN 47850 | 0.00 | 1,429.17 | 0.00 | 1,429.17 | 10/23/2020 |
| 2.21 | (on file) | 0532 | Seprodi, Charles | 2112 N 28th, Terre Haute, IN 47804 | 0.00 | 2,166.50 | 84.96 | 2,251.46 | 10/23/2020 |
| 2.22 | (on file) | 4872 | Southard, Jerad | 2853 W Saint Paul St, Clinton, IN 47842 | 0.00 | 1,491.06 | 0.00 | 1,491.06 | 10/23/2020 |
| 2.23 | (on file) | 7945 | Trueblood, Jill | 235 Madison Blvd, Terre Haute, IN 47803 | 0.00 | 120.44 | 0.00 | 120.44 | 10/23/2020 |
| 2.24 | (on file) | 5633 | Verostko, Daniel | 800 East Southport Dr, Terre Haute, IN 47802 | 0.00 | 1,808.64 | 0.00 | 1,808.64 | 10/23/2020 |

48,466.65

**Fill in this information to identify the case:**

Debtor name ___Pyrolyx USA Indiana, LLC___

United States Bankruptcy Court for the:_____ District of __Delaware__
                                                                    (State)

Case number (If known): _____    Chapter _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease - Product Supply Agreement: | Airgas USA, LLC |
| | | Nitrogen Gas Generation System | 12800 West Little York Road |
| | State the term remaining | 113 months (expires January 31, 2030) | Houston, TX 77041 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease - Maintenance Agreement: | Indiana Business Equipment Inc. |
| | | Canon Copier System | c/o Great America Financial Svcs. |
| | State the term remaining | 49 months (expires September 9, 2025) | P.O. Box 660831 |
| | List the contract number of any government contract | | Dallas, TX 75266-0831 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement: | Greenbrier Leasing Company LLC |
| | | Rail Cars | One CenterPoint Drive, Suite 200 |
| | State the term remaining | 114 months (expires February 28, 2030) | Lake Oswego, OR 97035 |
| | List the contract number of any government contract | | Attn:  Equipment Accounting |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Services - Monitoring Agreement: | F.E. Moran Security Solutions |
| | | Fire Alarm System Monitoring | 201 W. University Avenue |
| | State the term remaining | 6 months (expires February 26, 2021) | Champaign, IL 61820 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Minimum Use Contract: | Vectren Energy Delivery of Indiana, Inc. |
| | | for Natural Gas Service | Office of the General Counsel |
| | State the term remaining | 3 years (expires August 11, 2023) | One Vectren Square |
| | List the contract number of any government contract | | Evansville, IN 47708 |

Debtor    Pyrolyx USA Indiana, LLC
_____    Case number (if known)_____
          Name

██  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement (1084987): Shower Unit Trailer

State the term remaining — 12 months (expires August 25, 2021)

List the contract number of any government contract

Williams Scotsman, Inc.
2301 S. Holt Road
Indianapolis, IN 46241

**2.7**
State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement (1085585): Modular Office Trailer

State the term remaining — 12 months (expires August 18, 2021)

List the contract number of any government contract

Williams Scotsman, Inc.
2301 S. Holt Road
Indianapolis, IN 46241

**2.8**
State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement (1124520): Bathroom Unit Trailer

State the term remaining — 12 months (expires August 29, 2021)

List the contract number of any government contract

Williams Scotsman, Inc.
2301 S. Holt Road
Indianapolis, IN 46241

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Fill in this information to identify the case:

Debtor name  Pyrolyx USA Indiana, LLC

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Pyrolyx USA, Inc. | 4023 Kennett Pike, #50036 <br> Street <br> Wilmington, DE 19807 <br> City          State          ZIP Code | UMB Bank, N.A. <br> As trustee for City of Terre Haute, IN (muni bond) | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Pyrolyx USA, Inc. | 4023 Kennett Pike, #50036 <br> Street <br> Wilmington, DE 19807 <br> City          State          ZIP Code | Airgas USA, LLC | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.3 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name ___Pyrolyx USA Indiana, LLC___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 192,504.94 |
| **For prior year:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 5,076.60 |
| **For the year before that:** | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY   MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ -0- |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020 to Filing date<br>MM / DD / YYYY | Interest income from<br>UMB Trust accts | $ 18,688.02 |
| **For prior year:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY   MM / DD / YYYY | Interest income from<br>UMB Trust accts | $ 113,490.90 |
| **For the year before that:** | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY   MM / DD / YYYY | Interest income from<br>UMB Trust accts | $ 285,375.65 |

Debtor    Pyrolyx USA Indiana, LLC                                    Case number (if known)_____
_____
          Name

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ❏ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | (see attached listing) _____ Creditor's name _____ Street _____ _____ City          State      ZIP Code | _____ _____ _____ | $   661,276.55 | ❏ Secured debt ❏ Unsecured loan repayments ❏ Suppliers or vendors ❏ Services ❏ Other _____ |
| 3.2. | _____ Creditor's name _____ Street _____ _____ City          State      ZIP Code | _____ _____ _____ | $_____ | ❏ Secured debt ❏ Unsecured loan repayments ❏ Suppliers or vendors ❏ Services ❏ Other _____ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name _____ Street _____ _____ City          State      ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $_____ | _____ _____ _____ |
| 4.2. | _____ Insider's name _____ Street _____ _____ City          State      ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $_____ | _____ _____ _____ |

---

Debtor     Pyrolyx USA Indiana, LLC                                              Case number (if known)_____
            Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City                State        ZIP Code | | | |
| 5.2. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City                State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| UMB Bank | Made unauthorized payments to various | 08/2020 - 10/2020 | $ 501,936.72 |
| Creditor's name | | | |
| 1010 Grand | sources including Carl Marks and Arent Fox | | |
| Street | | | |
| Kansas City          MO         64106 | Last 4 digits of account number: XXXX– 4  5  6  3 | | |
| City                State        ZIP Code | | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | COMPLAINT | Contractor Dispute - Zeppelin | US District Court Southern District of New York | ☒ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | 500 Pearl Street | ☐ Concluded |
| | | | Street | |
| | 1:19-cv-11222 | | New York          NY          10007 | |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | Name | ☐ Concluded |
| | | | Street | |
| | | | City          State          ZIP Code | |

Debtor   Pyrolyx USA Indiana, LLC _____     Case number *(if known)*_____
         Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | |
| | **Case number** | Name |
| City          State          ZIP Code | | Street |
| | **Date of order or assignment** | City          State          ZIP Code |
| | _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** _____<br>Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| **9.2.** _____<br>Recipient's name | _____ | | $_____ |
| Street | _____ | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

Debtor    Pyrolyx USA Indiana, LLC
_____
          Name

Case number *(if known)*_____

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Gellert Scali Busenkell & Brown, LLC | _____ | 10/28/2020 | $7,500.00 |
| | **Address** | _____ | | $_____ |
| | 1201 N. Orange St., Ste. 300 | | | |
| | Street | | | |
| | Wilmington, DE 19801 | | | |
| | City        State      ZIP Code | | | |
| | **Email or website address** | | | |
| | www.gsbblaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State      ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

Debtor _____     Case number (if known)_____
         Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| | _____ | | |
| **Address** | | | |
| _____ Street | | | |
| _____ City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| Who received transfer? | | | $_____ |
| 13.2. _____ | _____ | _____ | |
| | _____ | | |
| **Address** | | | |
| _____ Street | | | |
| _____ City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street | From _____   To _____ |
| _____ | |
| _____ City          State    ZIP Code | |
| 14.2. _____ Street | From _____   To _____ |
| _____ | |
| _____ City          State    ZIP Code | |

---

Debtor    Pyrolyx USA Indiana, LLC
          _____          Case number (if known)_____
          Name

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State          ZIP Code | _____ | Check all that apply:<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State          ZIP Code | _____ | Check all that apply:<br>☐ Electronically<br>☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

X  Yes. Does the debtor serve as plan administrator?

    ☒ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Pyrolyx USA Indiana, LLC
_____
        Name

Case number *(if known)*_____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ Street _____ City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name _____ Street _____ City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City  State  ZIP Code | _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City  State  ZIP Code | _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

Debtor    Pyrolyx USA Indiana, LLC _____    Case number *(if known)* _____
Name

---

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City            State            ZIP Code | | | |

---

### Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City            State            ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City            State            ZIP Code | City            State            ZIP Code | | |

---

Debtor    Pyrolyx USA Indiana, LLC _____    Case number *(if known)*_____
           Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City        State        ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____    To _____ |
| 25.2. | Name<br>Street<br>City        State        ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____    To _____ |
| 25.3. | Name<br>Street<br>City        State        ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____    To _____ |

Debtor    <u>Pyrolyx USA</u> Indiana, LLC                                    Case number *(if known)*_____
          Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Cherry Llave<br>Name<br>4651 151st Street<br>Street<br><br>Oak Forest IL  60452<br>City                State          ZIP Code | From 6/20/2019 To Date of filing |
| **Name and address** | **Dates of service** |
| 26a.2. Matthew Finnestead<br>Name<br>45-08 48th Avenue, Apt. 2F<br>Street<br><br>Woodside, NY 11377<br>City                State          ZIP Code | From 12/26/2016 To 6/19/2019 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Plante Moran, PLLC<br>Name<br>Suite 900, 200 N. Martingale Rd.<br>Street<br><br>Schaumburg, IL 60173-2044<br>City                State          ZIP Code | From 12/2019 To 04/2020 |
| **Name and address** | **Dates of service** |
| 26b.2. Jeannette Lichtenstern<br>Name<br>Wirtschaftspruferin, Eichteilstr. 19<br>Street<br><br>86899 Landsberg, Germany<br>City                State          ZIP Code | From 12/2018 To 02/2020 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br>_____<br>Street<br><br>_____<br>City                State          ZIP Code | _____<br><br>_____<br><br>_____ |

---

| Debtor | Pyrolyx USA Indiana, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address   See attached listing |
|---|
| 26d.1. |
| Name |
| Street |
| City          State          ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City          State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City          State          ZIP Code |

Debtor    Pyrolyx USA Indiana, LLC
_____
Name

Case number *(if known)*_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
Name

_____
Street

_____
City                                  State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas Redd | 1700 N. 40th Street, Seattle, WA 98103 | CEO | 0 |
| Andy Stecher | 1130 Knollwood Road, Deerfield, IL 60015 | CFO | 0 |
| Alfred Cutrone | 413 Clubhouse Drive, Fairhope, AL 36532 | COO | 0 |
| Michael Triguboff | Level 19, Aurora Pl., 88 Phillip St., Sydney NSW 2000 AUS | Director | 0 |
| David Steele | 5 Jubilee, Crescent City Beach, WA 6015 AUS | Director | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Van Laar | 14 Mosaic Point Place, Spring, TX 77389 | COO | From 2/19 To 3/20 |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name<br>_____<br>Street<br>_____<br>City          State      ZIP Code<br>**Relationship to debtor**<br>_____ | _____ | _____<br>_____<br>_____<br>_____ | _____ |

Debtor    Pyrolyx USA Indiana, LLC _____          Case number (if known)_____
          Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | _____ | _____ _____ |
| | Name | | _____ |
| | Street | | _____ |
| | | | _____ |
| | City              State         ZIP Code | | _____ |
| **Relationship to debtor** | | | _____ |
| _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10.28.2020
              MM / DD / YYYY

✗ _____          Printed name  Andy F. Stecher _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Chief Financial Officer _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

## Pyrolyx USA Indiana, LLC

### Form 207 - Part 2: Section 3: Creditor Payments within 90 days before filing

| Index | Creditor's Name | Creditor's Address | Dates | Total amount | Reasons for payment or transfer |
|---|---|---|---|---|---|
| 3.1 | Airgas USA, LLC | P.O. Box 734672, Dallas, TX 75373-4672 | 8/19/2020 | 48787.24 | Suppliers or vendors |
| | | | 9/03/2020 | | |
| | | | 10/06/2020 | | |
| 3.2 | Aramark Uniform & Career Apparel | AUCA Chicago MC Lockbox, 25259 Network Place, Chicago, IL 60673- | 10/06/2020 | 3280.26 | Suppliers or vendors |
| 3.3 | Barnes & Thornburg LLP | 11 South Meridian Street, Indianapolis, IN 46204-3535 | 9/25/2020 | 28910.00 | Suppliers or vendors |
| 3.4 | Big Wheel Equipment Sales, LLC | P.O. Box 186, West Terre Haute, IN 47885 | 8/14/2020 | 66251.92 | Suppliers or vendors |
| | | | 8/28/2020 | | |
| | | | 9/03/2020 | | |
| 3.5 | Catalytic Combustion | 311 Riggs Street, Bloomer, WI 54724 | 9/30/2020 | 1084.00 | Suppliers or vendors |
| 3.6 | Cigna Healthcare | 525 West Monroe St., Chicago, IL 60661 | 9/03/2020 | 28000.00 | Suppliers or vendors |
| 3.7 | Cintas | P.O. Box 631025, Cincinnati, OH 45263-1025 | 9/30/2020 | 758.58 | Suppliers or vendors |
| 3.8 | City of Terre Haute | P.O. Box 21043, Tulsa, OK 74121-1043 | 8/14/2020 | 201.76 | Suppliers or vendors |
| | | | 10/14/2020 | | |
| 3.9 | Clean Harbors Environmental Ser | P.O. Box 734867, Dallas, TX 75373-4867 | 9/14/2020 | 6584.37 | Suppliers or vendors |
| 3.10 | Deluxe | P.O. Box 64468, St. Paul, MN 55164-0468 | 10/06/2020 | 60.00 | Suppliers or vendors |
| 3.11 | Direct Energy Marketing Inc. | 12 Greenway Plaza, Suite 250, Houston, TX 77046 | 9/02/2020 | 21859.50 | Suppliers or vendors |
| | | | 9/17/2020 | | |
| | | | 10/08/2020 | | |
| 3.12 | Duke Energy | P.O. Box 1326, Charlotte, NC 28201-1326 | 8/31/2020 | 26454.59 | Suppliers or vendors |
| | | | 9/18/2020 | | |
| | | | 10/06/2020 | | |
| 3.13 | EarthCon Consultants | 1880 West Oak Parkway, Building 100, Suite 106, Marietta, GA 3006; | 8/28/2020 | 3950.66 | Suppliers or vendors |
| | | | 9/16/2020 | | |
| 3.14 | ERC Midwest | 2010 Algonquin Road, Suite 210, Schaumburg, IL 60173 | 10/06/2020 | 2765.97 | Suppliers or vendors |
| 3.15 | Fastenal | P.O. Box 1286, Winona, MN 55987-1286 | 9/03/2020 | 3634.48 | Suppliers or vendors |
| 3.16 | FedEx | P.O. Box 94515, Palatine, IL 60094-4515 | 8/18/2020 | 1121.12 | Suppliers or vendors |
| | | | 8/28/2020 | | |
| | | | 10/02/2020 | | |
| | | | 10/16/2020 | | |
| 3.17 | Frontier Communications | P.O. Box 740407, Cincinnati, OH 45274-0407 | 8/05/2020 | 1709.88 | Suppliers or vendors |
| | | | 8/31/2020 | | |
| | | | 9/17/2020 | | |
| | | | 10/08/2020 | | |
| 3.18 | Great America Financial Services | P.O. Box 660831, Dallas, TX 75266-0831 | 8/17/2020 | 826.30 | Suppliers or vendors |
| | | | 9/16/2020 | | |
| | | | 10/16/2020 | | |
| 3.19 | Heritage-Crystal Clean, LLC | 2175 Point Boulevard, Suite 375, Elgin, IL 60123 | 9/30/2020 | 1327.87 | Suppliers or vendors |
| 3.20 | Indiana American Water | P.O. Box 6029, Carol Stream, IL 60197-6029 | 8/31/2020 | 758.85 | Suppliers or vendors |
| | | | 10/15/2020 | | |
| 3.21 | J.R. Davis Vending | 690 N.W. 3rd Street, Linton, IN 47441 | 9/30/2020 | 130.00 | |
| 3.22 | JDM Industrial Inc. | 11907 North Garden Street, Houston, TX 77071 | 8/19/2020 | 50000.00 | Suppliers or vendors |
| | | | 10/06/2020 | | |
| 3.23 | Joink, LLC | P.O. Box 3529, Terre Haute, IN 47803 | 8/04/2020 | 2637.00 | Suppliers or vendors |
| | | | 9/02/2020 | | |
| | | | 10/02/2020 | | |
| 3.24 | Kurita America | 12270 43rd Street NE, St. Michael, MN 55376 | 9/17/2020 | 6990.00 | Suppliers or vendors |
| 3.25 | Large Ink | 1200 Poplar Street, Terre Haute, IN 47807 | 9/30/2020 | 480.40 | Suppliers or vendors |
| 3.26 | Lind Law Firm | 400 Ohio Street, Terre Haute, IN 47807 | 10/08/2020 | 696.27 | |
| 3.27 | MacAllister Machinery Co., Inc. | 6300 Southeastern Avenue, Indianapolis, IN 46203 | 8/19/2020 | 22667.68 | Suppliers or vendors |
| | | | 9/03/2020 | | |
| | | | 10/06/2020 | | |
| 3.28 | Menards c/o Capital One Commer | P.O. Box 60506, City of Industry, CA 91716-0506 | 10/02/2020 | 460.37 | Suppliers or vendors |
| 3.29 | Motion Industries | P.O. Box 98412, Chicago, IL 60693-8412 | 9/03/2020 | 2719.02 | Suppliers or vendors |
| 3.30 | OIA Global | 2750 Earhart Court, Hebron, KY 41048 | 9/30/2020 | 1393.35 | Suppliers or vendors |
| 3.31 | Paychex | 1175 John Street, West Henrietta, NY 14586-9199 | 8/14/2020 | 214.00 | Services |
| | | | 9/11/2020 | | |
| 3.32 | PDF Supply | P.O. Box 576, Brazil, IN 47834 | 10/06/2020 | 2656.20 | Suppliers or vendors |
| 3.33 | Plante & Moran, PLLC | 537 E. Pete Rose Way, Cincinnati, OH 45202 | 8/28/2020 | 5585.00 | Suppliers or vendors |
| | | | 9/03/2020 | | |
| | | | 9/16/2020 | | |
| 3.34 | Polymer Valley Chemicals | 1872 Akron-Peninsula Road, Akron, OH 44313-9100 | 9/30/2020 | 420.00 | Suppliers or vendors |
| 3.35 | Precision Cleaning | 1722 Lafayette Avenue, Terre Haute, IN 47804 | 9/30/2020 | 3459.46 | Suppliers or vendors |
| 3.36 | Precision Lawn Care | 1400 E. Springhill Drive, Terre Haute, IN 47802 | 9/30/2020 | 1225.00 | Suppliers or vendors |
| 3.37 | Principal Life Insurance Company | P.O. Box 10372, Des Moines, IA 50306-0372 | 9/03/2020 | 10000.00 | Suppliers or vendors |
| 3.38 | Pyrolyx USA, Inc. | 4023 Kennett Pike #50036, Wilmington, DE 19807 | 8/19/2020 | 198716.81 | Other - Intercompany Payment |
| | | | 9/03/2020 | | |
| | | | 10/01/2020 | | |
| | | | 10/06/2020 | | |
| 3.39 | Reference Services | 101 Plaza East Blvd., Suite 300, Evansville, IN 47715 | 9/30/2020 | 234.00 | |
| 3.40 | Republic Services | 12820 Cumminsville Road, Pimento, IN 47866-9734 | 8/31/2020 | 73.30 | Suppliers or vendors |
| 3.41 | Sackrider & Company, Inc. | 1925 Wabash Avenue, Terre Haute, IN 47807 | 8/28/2020 | 2490.00 | Suppliers or vendors |
| 3.42 | Scaffold King Rentals, Inc. | 302 S. Jefferson Street, Rockville, IN 47872 | 9/30/2020 | 586.36 | Suppliers or vendors |
| 3.43 | Sentry Safety Services, Inc. | 558 W. National Avenue,  West Terre Haute, IN 47885 | 8/19/2020 | 57820.50 | Suppliers or vendors |
| | | | 9/03/2020 | | |
| | | | 10/06/2020 | | |
| 3.44 | Taylor Courier Services LLC | 3851 1st Parkway, Terre Haute, IN 47804 | 10/07/2020 | 9225.00 | Suppliers or vendors |
| 3.45 | Total Quality Logistics | P.O. Box 634558, Cincinnati, OH 45263-4558 | 10/08/2020 | 628.93 | |
| 3.46 | UMB Bank, N.A. | P.O. Box 414589, Kansas City, MO 64141-4589 | 8/04/2020 | 873.21 | Services |
| | | | 9/02/2020 | | |
| | | | 10/02/2020 | | |
| 3.47 | Valley Electric Supply | 1000 Wabash Avenue, Terre Haute, IN 47807 | 9/30/2020 | 333.96 | |
| 3.48 | Vectren Energy Delivery | P.O. Box 1423, Houston, TX 77251-1423 | 8/31/2020 | 4418.27 | Suppliers or vendors |
| | | | 9/17/2020 | | |
| | | | 10/06/2020 | | |
| 3.49 | Williams Scotsman, Inc. | 901 S. Bond Street, Suite 600, Baltimore, MD 21231 | 8/19/2020 | 25815.11 | Suppliers or vendors |
| | | | 9/03/2020 | | |
| | | | 10/08/2020 | | |